

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00330-CR

Michael Henry **SOLIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A11638
Honorable N. Keith Williams, Judge Presiding

## **O R D E R**

The Motion for Pro Se Access to Appellate record is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court